

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-17-00269-CV

**PHYTON BIOTECH, LLC** and Phyton Biotech, GmbH,
Appellants

v.

**DIATHEGEN, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17463
Honorable Stephani A. Walsh, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed:  July 26, 2017

DISMISSED

Appellants have filed an unopposed motion to dismiss this appeal due to settlement. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM